**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TANYA TENNYSON,

                Plaintiff,

-vs-                                          Case No. 6:13-cv-609-Orl-18DAB

CITIGROUP, BAIN CAPITAL, THOMAS
H. LEE PARTNERS, BROADCAST
MUSIC INC. BOARD OF DIRECTORS, et
al.,

                Defendants.
_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION TO APPEAR IN FORMA PAUPERIS (Doc. No. 2)
>
> **FILED:** April 12, 2013
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED** and the Complaint be dismissed, with prejudice.

*Background*

This case presents with some pertinent history. In a prior suit, Plaintiff, proceeding *pro se*, sued many of the same Defendants in state court, and Defendants Warner, Sony, and Universal removed the complaint to the Tampa Division of this Court. *See Tennyson v. ASCAP, et al.*, Case No. 8:09-cv-1564-T-26AEP. Following dismissal of that complaint, Plaintiff filed an Amended Complaint (Doc. 13 in that case), in which she alleged a "conspiracy" to withhold or divert royalties allegedly