UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TANYA TENNYSON,

          Plaintiff,

-vs-                                        Case No. 6:13-cv-609-Orl-18KRS

CITIGROUP, BAIN CAPITAL, THOMAS H.
LEE PARTNERS, BROADCAST MUSIC INC.
BOARD OF DIRECTORS, et al.,

          Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Leave to Appeal In Forma Pauperis (Doc. No. 12). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Plaintiff's appeal in this case is not taken in good faith, therefore the motion is **DENIED**. Clerk of the Court shall send a copy of this Order to the Eleventh Circuit Court of Appeal.

It is **SO ORDERED** in Orlando, Florida, this _____ day of July, 2013.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Tanya Tennyson
Eleventh Circuit Court of Appeal